**PORTER LAW GROUP, INC.**
William L. Porter [133968]
Hannah C. Kreuser [322959]
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880
Email: hkreuser@porterlaw.com

**Attorneys for Plaintiff**
**SOLDATE CORPORATION dba**
**SOLDATE SHEET METAL HEATING & AIR**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**[Sacramento Division]**

—ooOoo—

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of SOLDATE CORPORATION dba SOLDATE SHEET METAL HEATING & AIR, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>AMG & ASSOCIATES, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation<br><br>Defendants. | CASE NO. 2: 20-CV-01411-WBS-EFB<br><br>**NOTICE OF DISMISSAL** |

Plaintiff SOLDATE CORPORATION dba SOLDATE SHEET METAL HEATING & AIR, (hereafter Plaintiff) by and through its counsel of record, hereby request that the Court dismisses the above-entitled matter, without prejudice.

Respectfully Submitted,

- 1 -
**NOTICE OF DISMISSAL**

Dated: July 27, 2020                              **PORTER LAW GROUP, INC.**


By: _____/Hannah C. Kreuser/_____
    HANNAH C. KREUSER
    Attorneys for Plaintiff
    SOLDATE CORPORATION dba SOLDATE
    SHEET METAL HEATING & AIR


**ORDER**

Pursuant to the foregoing this Court dismisses the entire case without prejudice.

**IT IS SO ORDERED.**

Dated:  July 28, 2020                              _____
    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE